**Order entered November 5, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01114-CV

### FRISCO ATHLETIC NETWORK, INC. D/B/A/ LONESTAR VOLLEYBALL CLUB, Appellant

### V.

### TRAIN KIDS NOW, INC. D/B/A DX3 ATHLETE, Appellee

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-00767-2018**

## ORDER

By order dated October 30, 2019, we ordered that this appeal be submitted without the reporter's record. Before the Court is the November 1, 2019 request of Kristen Kopp, Official Court Reporter for County Court at Law No. 2, for an extension of time to file the reporter's record. Ms. Kopp explains that the record in this case was recorded by both Denise Condran, Official Court Reporter for County Court at Law No. 4, and herself. In the request, Ms. Kopp states that appellant has now paid the reporter's fee.

We **GRANT** the request as follows. We **VACATE** this Court's October 30, 2019 order. The reporter's record shall be filed by **December 2, 2019**.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Condran; Ms. Kopp; and all parties.

/s/     KEN MOLBERG
            JUSTICE